IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIKEAL GLENN STINE,<br>Inmate #55436-098, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL NO. 05-468-GPM<br>) |
| RANDY DAVIS, | )<br>) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This action comes before the Court on Plaintiff's Petition for Writ of Mandamus pursuant to 28 U.S.C. § 1651. Plaintiff seeks return of a pair of eyeglasses that Defendants at the United States Penitentiary in Marion, Illinois, confiscated for security reasons. Such a claim is appropriately brought in an action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq*.

However, the Court cannot construe this action as one under the FTCA because such a claim requires Plaintiff first to present his claim to the Bureau of Prisons for internal adjudication. *See* 28 U.S.C. § 2675(a). Failure to exhaust administrative remedies before bringing suit under the FTCA requires dismissal of the action. *See Palay v. United States*, 349 F.3d 418, 425 (7th Cir. 2003). Accordingly, the claim is **DISMISSED without prejudice** to Plaintiff's refiling after he has exhausted the agency's administrative remedies.

IT IS SO ORDERED.

DATED: 08/11/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge